

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-67,418-02

### EX PARTE MICHAEL JACQUES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20020D03178-168-2 IN THE 384TH DISTRICT COURT
### FROM EL PASO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to life imprisonment. The Eighth Court of Appeals affirmed his conviction. *Jacques v. State*, 08-02-00491-CR (Tex. App.– El Paso Aug. 12, 2004)(not designated for publication).

After a review of the record and the trial court's findings, we find that Applicant's false testimony claims in grounds one and two, newly available evidence claim in ground four, and the suppression of exculpatory evidence (that a State's witness' father had brokered a deal with the FBI for the witness to avoid prosecution) claim in ground five, are all without merit. Therefore, we deny

relief.

       Applicant's false testimony claim in ground three, suppression of an article written by the State's expert claim in ground five, due process violation claim in ground six, no evidence claim in ground seven, and actual innocence claim in ground eight are dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 §4(a)-(c).

Filed: May 18, 2016
Do not publish